IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| AARON R. GLASSPOOLE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:11-CV-089-O-BL |
| | ) | |
| DAVID DUKE, Wichita County Sheriff, | ) | |
| Respondent. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the reasons for dismissal set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner's right to reopen the case by filing a motion to reopen within thirty days of the date of this order.

SO ORDERED this 30th day of July, 2012.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE